```
 1  ROBERT C. SCHLEIN
    California State Bar No. 97876
 2  Robert C. Schlein and Associates
    750 B Street, Suite 3210
 3  San Diego, CA 92101
    Telephone: (619) 235-9026
 4  Facsimile: (619) 232-1859
    Email: rschlein_2000@yahoo.com
 5
    Attorney for Michael Hipple (20)
 6
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (THE HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 15-CR-2932-H-020 |
| Plaintiff, | **NOTICE OF MOTION AND JOINDER MOTION** |
| v. | |
| MICHAEL HIPPLE (20), | Date: January 29, 2016<br>Time: 10:30 a.m. |
| Defendant. | |

**TO: LAURA E. DUFFY, UNITED STATES ATTORNEY; AND JOSHUA C. MELLOR AND RYAN A. SAUSEDO, ASSISTANT UNITED STATES ATTORNEYS:**

## I.

## NOTICE OF MOTIONS

PLEASE TAKE NOTICE that on January 29, 2015, at 10:30 a.m., or as soon thereafter as counsel may be heard, defendant Michael Hipple, by and through his counsel, will ask this Court to enter an order granting the motion listed below:

## II.

## JOINDER MOTION

Mr. Michael Hipple, defendant in this case, by and through his attorney, hereby joins in the following pretrial motions filed by his co-defendants:

1. MOTION for Disclosure of Proffer Information filed by JEFFREY STOFF

(Doc. 178);

2. MOTION to Continue filed by JEFFREY STOFF (Doc. 179);

3. MOTION for Discovery by BRIAN SIBBACH (Doc. 214);

4. MOTION to Compel Discovery by KYLE ALLEN (Doc. 216);

5. MOTION for Leave to File Further Motions by KYLE ALLEN (Doc. 217);

6. MOTION for Discovery by MATTHEW GREENWOOD (Doc. 219);

7. MOTION for Leave to File Further Motions by ALI LAREYBI (Doc. 220); and

8. MOTION to Compel Discovery by DUY TRANG (Doc. 223);

    Mr. Hipple has standing to join in the motions by virtue of the provisions of F.R.Cr.P. 8, 12(b)(4)(B), 14 and 16, 18 U.S.C. § 3500, the Due Process Clause of the Fifth Amendment and any other applicable law cited in the motions themselves.

Dated: January 18, 2016        Respectfully submitted,

                                          s/ Robert C. Schlein

                                          ROBERT C. SCHLEIN
Attorney for Defendant
Michael Hipple (20)